452 A.2d 65

Commonwealth v. Pellot, Appellant.

Argued September 10, 1981. Stephen C. Hurvitz, for appellant; Mark Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Nicholas M. Dalessandro is affirmed.